DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

VICTOR FIDEL HAWKINS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-2829

_____

June 12, 2026

Appeal from the Circuit Court for Manatee County; Frederick P.
Mercurio, Judge.

Blair Allen, Public Defender, and Anthony W. Suber, Assistant Public
Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Marena S. Ramirez,
Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

Affirmed.


MORRIS, SMITH, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.